*Formatted for Electronic Distribution*                                        *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

Filed & Entered
On Docket
January 9, 2013

---

**In re**

    **John Mead,**

        **Debtor.**

Chapter 7
Case # 12-10415

---

**Raymond J. Obuchowski, Trustee, and**
**Axelrod & Adler, PLLC,**

        **Plaintiffs,**

**v.**

**Hugh E. McGovern and**
**John Mead,**

        **Defendants.**

Adversary Proceeding
# 12-1019

---

| Appearances: | Raymond J. Obuchowski, Esq. | James V. McFaul, Esq. |
| --- | --- | --- |
| | Bethel, VT | St. Johnsbury, VT |
| | *Chapter 7Trustee* | *For Hugh E. McGovern* |
| | | |
| | Susan J. Steckel, Esq. | Erik Valdes, Esq. |
| | Marshfield, VT | Newport, VT |
| | *For Axelrod & Adler, PLLC* | *For the Debtor* |

### ORDER
### GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the memorandum of decision of even date, THE COURT FINDS there are no material facts in dispute and summary judgment is proper.

THE COURT FURTHER FINDS that Defendant McGovern's mortgage is a valid lien on the Debtor's property (as described in the memorandum of decision of even date).

Accordingly, IT IS HEREBY ORDERED that the Defendants' motion for summary judgment is granted, and all of the Plaintiffs' objections to the summary judgment motion are overruled.

SO ORDERED.

January 9, 2013                                              Colleen A. Brown
Burlington, Vermont                                          United States Bankruptcy Judge